96 A.3d 1023

Alfonzo **SALLEY**, Petitioner

v.

**COURT OF COMMON PLEAS PHILADELPHIA; and its President Judge Paula Dembe Prior, Respondents.**

No. 66 EM 2014.

Supreme Court of Pennsylvania.

July 24, 2014.

## ORDER

PER CURIAM.

**AND NOW,** this 24th day of July, 2014, Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus is **DENIED.** The Prothonotary is directed to strike the name of the jurist from the caption.